UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAMON SAUL SILVA,

        Plaintiff,

v.

ROGELIO ZARAGOZA, et al.,

        Defendants.

Case No. C20-5554-RBL-TLF

REPORT AND RECOMMENDATION

Noted for August 14, 2020

This matter comes before the Court on plaintiff's filing of a motion/notice of voluntary dismissal (Dkt. 11). Plaintiff proceeds pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The Court has directed service of plaintiff's complaint but defendants have not yet filed an answer nor has their time to do so expired. Plaintiff now seeks to voluntarily dismiss the action (Dkt. 11).

Federal Rule of Civil Procedure 41(a)(1) governs procedures for voluntary dismissal of an action and provides:

> (1) [A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs. . . . Unless otherwise stated in the notice of dismissal . . ., the dismissal is without prejudice. . . .
> (2) …Except as provided in Rule 41(a)(1) [above], an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.

Here, defendants have not yet filed an answer nor has their time to do so expired. Plaintiff may voluntarily dismiss this action as a matter of right, without the

REPORT AND RECOMMENDATION - 1

permission of the Court or the defendants, at this stage.[1] Accordingly, plaintiff's motion/notice to voluntarily dismiss (Dkt. 11) should be GRANTED and the complaint DISMISSED WITHOUT PREJUDICE.

## CONCLUSION

Based on the foregoing discussion, the undersigned recommends that the Court GRANT plaintiff's motion to voluntarily dismiss (Dkt. 11) and dismiss the action without prejudice.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 72(b); *see also* FRCP 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the above time limit, the Clerk shall set this matter for consideration on **August 14, 2020**, as noted in the caption.

Dated this 30th day of July, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

---

[1] Because plaintiff may voluntarily dismiss at this point without the permission of the Court or defendants, the Court finds it unnecessary to await a response from defendants to the plaintiff's motion.

REPORT AND RECOMMENDATION - 2