UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMON SAUL SILVA,<br><br>                Plaintiff,<br>    v.<br><br>ROGELIO ZARAGOZA,<br><br>               Defendants. | Case No. C20-5554-RAJ<br><br>~~PROPOSED~~ ORDER DISMISSING PLAINTIFF'S COMPLAINT |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation (Dkt. 18), recommending that the Court dismiss this action without prejudice.

(1) The Magistrate Judge's report and recommendation is ADOPTED;

(2) Plaintiff's "Motion/Notice to Voluntarily Dismiss" (Dkt. 11) is GRANTED. The complaint and this action are DISMISSED WITHOUT PREJUDICE;

(3) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

**IT IS SO ORDERED**.

Dated this 2nd day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER DISMISSING PLAINTIFF'S
COMPLAINT - 2